# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Batke, Brandon Christopher | Docket No. | 0980 2:22CR00094-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandon Christopher Batke, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 1st day of September 2022, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 6, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Batke. Mr. Batke acknowledged an understanding of the release conditions at that time.

**Violation #1:** Brandon Christopher Batke is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of norfentanyl on November 21, 2022.

On November 21, 2022, Mr. Batke submitted to a random urinalysis at his outpatient substance abuse treatment provider, Spokane Addiction and Recovery Center (SPARC). Subsequently, the urine specimen was sent to Cordant Health Solutions (Cordant).

On December 9, 2022, Cordant confirmed the aforementioned urine specimen tested positive for norfentanyl. Norfentanyl is a metabolite of fentanyl. It should be noted the urine specimen tested negative for fentanyl.

On December 15, 2022, the undersigned officer discussed the above-noted test results with Mr. Batke. He adamantly denied ingesting fentanyl. However, Mr. Batke acknowledged he found two fentanyl pills and plastic bags containing fentanyl residue inside his vehicle around the time of the above-noted positive drug test. Mr. Batke adamantly denied ingesting any of the substances found in his vehicle. He stated he flushed the pills down a toilet and threw away the plastic bags.

In response to the positive drug test, the undersigned officer and Mr. Batke discussed potential consequences if he continues to test positive for illegal controlled substances. Mr. Batke stated there should be no other issues of suspected drug use in the future.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | | |
|---|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | December 15, 2022 |
| by | s/Erik Carlson | |
| | Erik Carlson U.S. Pretrial Services Officer | |

PS-8

Re: Batke, Brandon Christopher
December 15, 2022
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

12/15/22
_____
Date