# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Batke, Brandon Christopher | Docket No. | 0980 2:22CR00094-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Brandon Christopher Batke, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 1st day of September 2022, under the following conditions:

**Standard Condition #10:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 6, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Batke. Mr. Batke acknowledged an understanding of the release conditions at that time.

**Violation #5:** Brandon Christopher Batke is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of fentanyl and norfentanyl in between April 24, and May 3, 2023.

On April 24, 2023, the undersigned officer applied a sweat patch to Mr. Batke's left arm for the purpose of drug testing.

On May 3, 2023, the undersigned officer removed the sweat patch from Mr. Batke's left arm. The patch was packaged and sent to Pharmchem, Inc. (Pharmchem) for analysis.

On May 11, 2023, Pharmchem confirmed the above-noted sweat patch tested positive for the presence of fentanyl and norfentanyl.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

---

|  |  |  |
|---|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. | |
|  | Executed on: | May 12, 2023 |
| by | s/Erik Carlson | |
|  | Erik Carlson U.S. Pretrial Services Officer | |

PS-8

Re: Batke,, Brandon Christopher
May 12, 2023
Page 2

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Thomas O. Rice
United States District Judge

May 15, 2023
_____
Date